

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jakeous Jamal Johnson, Appellant

No. 06-24-00047-CR     v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 21-0315X). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to show that Johnson pled not guilty to the charge in the indictment. As modified, we affirm the judgment of the trial court.

We note that the appellant, Jakeous Jamal Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 20, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk